**Order entered September 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00970-CV

**CTMI, LLC, MARK BOOZER AND JERROD RAYMOND, Appellants**

**V.**

**RAY FISCHER AND CORPORATE TAX MANAGEMENT, INC., Appellees**

On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-08088-K

## ORDER

Appellees' first unopposed motion to extend time to file appellees' motion for rehearing

is **GRANTED**. The motion for rehearing is now due October 4, 2013.


/s/  DAVID L. BRIDGES
   JUSTICE